In the Matter of the
**ESTATE OF WOODBURY WILLOUGHBY, Deceased**

Probate No. 11-1964

District Court of the Virgin Islands
Div. of St. Thomas and St. John

July 5, 1966

*See, also, 256 F.Supp. 558*

Opinion rendered in this case is identical to that set out on 5 V.I. 390, In the Matter of the Estate of Charles Redfield Vose.

EDITH L. BORNN, *for Executrix*

ALMERIC L. CHRISTIAN, United States Attorney, *for Government*

GORDON, *District Judge*